# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**TERRY BOOKER,**

       Plaintiff,

  v.

**REPUBLIC STEEL,**

       Defendant.

Case No. 5:23-cv-01771-CEF

Judge Charles E. Fleming

## STIPULATED DISMISSAL WITH PREJUDICE

By stipulation of the undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is hereby agreed that this action be dismissed in its entirety, with prejudice. Each party shall bear its own attorneys' fees and costs.

Dated this 10th day of January, 2024.

Respectfully,

| | |
|---|---|
| */s/ Joseph M. Lyon* | */s/ Amy Ryder Wentz* |
| Joseph M. Lyon | Amy Ryder Wentz |
| THE LYON FIRM | awentz@littler.com |
| 2754 Erie Avenue | John W. Hofstetter |
| Cincinnati, OH 45208 | jhofstetter@littler.com |
| Phone: (513) 381-2333 | |
| Fax: (513) 766-9011 | LITTLER MENDELSON P.C. |
| jlyon@thelyonfirm.com | Key Tower |
| | 127 Public Square |
| J. Gerard Stranch, IV, admitted *pro hac vice* | Suite 1600 |
| Michael C. Iadevaia, admitted *pro hac vice* | Cleveland, OH  44114 |
| STRANCH, JENNINGS, & GARVEY, PLLC | Telephone:    216.696.7600 |
| 223 Rosa Parks Ave. Suite 200 | Facsimile:    216.696.2038 |
| Nashville, TN 37203 | |
| Telephone: 615/254-8801 | Attorneys for Defendant |
| Facsimile: 615/255-5419 | |
| gstranch@stranchlaw.com | |
| miadevaia@stranchlaw.com | |
| | IT IS SO ORDERED. |
| | s/Charles E. Fleming |
| Attorneys for Plaintiff | United States District Judge |
| | Dated: January 11, 2024 |